UNITED STATES of America, Plaintiff–Appellee,

v.

Angel CANALES–REYES, Defendant–Appellant.

310

**United States of America,
Plaintiff–Appellee,**

**v.**

**Angel Canales–Reyes, Defendant–
Appellant.**

**Nos. 07–12167, 07–12168
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 28, 2007.

Randall J. Hensel, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Gwendolyn L. Spivey, Randolph P. Murrell, Federal Defender Office, Tallahassee, FL, Robert A. Dennis, Jr., Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Before TJOFLAT, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Angel Canales–Reyes in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Canales–Reyes's conviction and sentence are **AFFIRMED.**